United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 12, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-10182
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

VICTOR MANUEL AGUILAR,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:04-CR-269-ALL
--------------------

Before JONES, Chief Judge, and JOLLY and DAVIS, Circuit Judges.

PER CURIAM:*

     The Federal Public Defender appointed to represent Victor
Manuel Aguilar has moved to withdraw and has filed a brief as
required by Anders v. California, 386 U.S. 738 (1967).  Aguilar
has filed a response to counsel's motion to withdraw.

     Our independent review of the brief, Aguilar's response, and
the record discloses no nonfrivolous issues for appeal.
Counsel's motion for leave to withdraw is GRANTED, counsel is

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

excused from further responsibilities, and the appeal is

DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.